IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

QUINTEN LEE PATON, #273 893,    )
                                    )
       Plaintiff,                 )
                                      )
       v.                     )   CIVIL ACTION NO. 2:16-CV-30-WHA
                                      )              (WO)
JEFFERSON DUNN, COM., *et al.*,   )
                                      )
       Defendants.            )

**ORDER**

On March 3, 2016, the Magistrate Judge filed a Recommendation (Doc. #4) dismissing this case without prejudice for Plaintiff's failure to pay the requisite fees upon initiation of this case or provide the court with financial information to determine whether he should be allowed to proceed in forma pauperis as required by an order of the court. No timely objections have been filed to this Recommendation. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that:

1. The Recommendation of the Magistrate Judge (Doc. #4) is hereby ADOPTED.

2. This case is DISMISSED without prejudice for Plaintiff's failure to comply with an order of this court.

An appropriate Final Judgment will be entered separately.

DONE this 28th day of March, 2016.

                                   ___/s/___W. Harold Albritton_____
                                   SENIOR UNITED STATES DISTRICT JUDGE